

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Diana Godines, individually and on behalf of Amando Godines, Sr., decedent; Michael Godines; Amando Godines, Jr.; and Deanna Quitugua,

\* From the 238th District Court of Midland County, Trial Court No. CV-52268.

Vs. No. 11-16-00138-CV

\* December 15, 2016

J.W. Mulloy Associates, Inc.,

\* Per Curiam Memorandum Opinion (Panel consists of: Wright, C.J., Willson, J., and Bailey, J.)

This court has considered Appellants' unopposed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.